Helen Jones Quinn, Plaintiff, v. William R. Quinn, Respondent; Graham, McMahon, Buell & Knox (Former Attorneys for Defendant), Appellants.— Order granting motion for substitution reversed on the law and the facts, without costs, and matter remitted to the Special Term (1) to take proof whether, in view

* See Real Prop. Law, § 259; Pers. Prop. Law, § 31, subd. 1; Id. § 85, as added by Laws of 1911, chap. 571.— [Rep.

of the separation agreement, the action for separation survived; (2) if it did, what services, if any, were rendered by the appellants in behalf of the respondent, and the reasonable value thereof; and (3) to make such an order as may be required in the interests of justice. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.